UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES BEARDSLEY,

       Petitioner,

                                                   Case No. 1:06-cv-581

v.

                                                   Hon. Wendell A. Miles

CARMEN D. PALMER,

       Respondent.

_____/

## JUDGMENT APPROVING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       On September 28, 2006, United States Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R & R") recommending that petitioner's application for habeas corpus relief be denied as it is barred by the one-year statute of limitations.  No objections were filed to the R& R.

       The court, having reviewed the R & R filed by the United States Magistrate Judge in this action and the relevant portions of the file in this matter, determines that the Magistrate Judge has made a thorough and accurate review of all appealable issues and agrees with the reasoning and recommended disposition contained in the R & R.  Therefore, the court hereby approves and adopts the R & R as the decision of the court.

IT IS ORDERED that Petitioner's application for habeas corpus relief be DISMISSED with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases because it is barred by the one-year statute of limitations.

IT IS SO ORDERED.


Dated: <u>November 2, 2006</u>                                             <u>/s/ Wendell A. Miles</u>
                                                                                        Wendell A. Miles
                                                                                        Senior U.S. District Judge